**Thomas SEIGAL v. UNITED STATES of America.**

No. 2829.

Circuit Court of Appeals, Tenth Circuit.

Sept. 7, 1943.

Philip Hornbein, of Denver, Colo., and Merle M. Marshall, of Alamosa, Colo., for appellant.

Thomas J. Morrissey, U. S. Atty., of Denver, Colo., for appellee.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee, for failure to prosecute.